UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1277
(3:13-cv-00328-HEH-MHL)

_____

BRANDON RAUB

    Plaintiff - Appellant

v.

MICHAEL CAMPBELL

    Defendant - Appellee

 and

DANIEL LEE BOWEN; RUSSELL MORGAN GRANDERSON; LLOYD C. CHASER; LATARSHA MASON; MICHAEL PARIS; TERRY GRANGER; UNITED STATES OF AMERICA; JOHN DOES 1-10

    Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK